## Appendix 1 - Present Value of Earnings Losses

| Year | Age | Pre-Event Earnings (Base $) | Actual Growth Rates | Pre-Event Earnings (Current $) | Personal Consumption (PC) Total | Pre-Event Earnings Less PC | Historic Earnings Losses | Present Value (2020) of Earnings Losses |
|------|-----|------|------|------|------|------|------|------|
| Col-1 | Col-2 | Col-3 | Col-4 | Col-5 | Col-6 | Col-7 | Col-8 | **Col-9** |
| 1984 | 40 | $2,937 | 3.90% | $2,937 | $1,072 | $1,865 | $1,865 | **$18,884** |
| 1985 | 41 | $11,748 | 3.80% | $12,194 | $4,372 | $7,822 | $7,822 | **$70,683** |
| 1986 | 42 | $11,748 | 1.10% | $12,329 | $4,397 | $7,931 | $7,931 | **$65,183** |
| 1987 | 43 | $11,748 | 4.40% | $12,871 | $4,497 | $8,374 | $8,374 | **$63,523** |
| 1988 | 44 | $11,748 | 4.40% | $13,437 | $4,599 | $8,839 | $8,839 | **$61,966** |
| 1989 | 45 | $11,748 | 4.60% | $14,055 | $4,708 | $9,348 | $9,348 | **$59,954** |
| 1990 | 46 | $11,748 | 6.10% | $14,913 | $4,855 | $10,058 | $10,058 | **$58,181** |
| 1991 | 47 | $11,748 | 3.10% | $15,375 | $4,933 | $10,443 | $10,443 | **$54,909** |
| 1992 | 48 | $11,748 | 2.90% | $15,821 | $5,006 | $10,815 | $10,815 | **$52,404** |
| 1993 | 49 | $11,748 | 2.70% | $16,248 | $5,076 | $11,172 | $11,172 | **$50,947** |
| 1994 | 50 | $11,748 | 2.70% | $16,687 | $5,147 | $11,540 | $11,540 | **$49,646** |
| 1995 | 51 | $11,748 | 2.50% | $17,104 | $5,214 | $11,890 | $11,890 | **$47,749** |
| 1996 | 52 | $11,748 | 3.30% | $17,668 | $5,302 | $12,366 | $12,366 | **$45,632** |
| 1997 | 53 | $11,748 | 1.70% | $17,969 | $5,349 | $12,620 | $12,620 | **$43,010** |
| 1998 | 54 | $11,748 | 1.60% | $18,256 | $6,423 | $11,833 | $11,833 | **$37,190** |
| 1999 | 55 | $11,748 | 2.70% | $18,749 | $6,510 | $12,240 | $12,240 | **$35,502** |
| 2000 | 56 | $11,748 | 3.40% | $19,387 | $6,620 | $12,767 | $12,767 | **$34,291** |
| 2001 | 57 | $11,748 | 1.60% | $19,697 | $9,084 | $10,613 | $10,613 | **$26,097** |
| 2002 | 58 | $11,748 | 2.40% | $20,170 | $9,185 | $10,984 | $10,984 | **$25,249** |
| 2003 | 59 | $11,748 | 1.90% | $20,553 | $9,266 | $11,286 | $11,286 | **$24,783** |
| 2004 | 60 | $11,748 | 3.30% | $21,231 | $9,408 | $11,823 | $11,823 | **$24,934** |
| 2005 | 61 | $11,748 | 3.40% | $21,953 | $9,556 | $12,397 | $12,397 | **$25,058** |
| 2006 | 62 | $11,748 | 2.50% | $22,502 | $9,667 | $12,835 | $12,835 | **$24,434** |
| 2007 | 63 | $11,748 | 4.10% | $23,424 | $9,851 | $13,574 | $13,574 | **$23,937** |
| 2008 | 64 | $11,748 | 0.10% | $23,448 | $9,855 | $13,593 | $13,593 | **$22,182** |
| 2009 | 65 | $11,748 | 2.70% | $24,081 | $9,979 | $14,102 | $14,102 | **$21,893** |
| 2010 | 65.5 | $3,427 | 2.70% | $7,213 | $2,947 | $4,266 | $4,266 | **$6,414** |
| **Total** |  | **$300,064** | **2.95%** | **$460,274** | **$172,879** | **$287,395** | **$287,395** | **$1,074,636** |